United States District Court
Southern District of Texas
**ENTERED**
November 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**PATRICIA OLVERA, CASSANDRA L. DIAZ, JASON LEE SOLIS, HUMBERTO RAMIREZ VILLANUEVA, ANNA RODRIGUEZ, and MARISA GUERRA,** individually, and on behalf of others similarly situated,

Plaintiffs,

vs.

**EXTREME MOTOR SPORTS LLC,** a Texas limited liability company, and **EXXXTREME CYCLES LLC**, a Texas limited liability company, and **ARTEMIO PEREZ**,

Defendants.

Civil Action File No. 23-cv-00062

Hon. Rolando Olvera

## STIPULATED ORDER OF DISMISSAL

Defendants EXTREME MOTOR SPORTS LLC, a Texas limited liability company, EXXXTREME CYCLES LLC, a Texas limited liability company, and ARTEMIO PEREZ, jointly and severally, ("Defendants"), and Plaintiffs PATRICIA OLVERA, CASSANDRA L. DIAZ, JASON LEE SOLIS, HUMBERTO RAMIREZ VILLANUEVA, ANNA RODRIGUEZ, and MARISA GUERRA ("Plaintiffs"), through counsel, have settled the disputes in this action pursuant to the terms of a Settlement Agreement dated as of August 27, 2024, and other documents referred to therein, all of which are incorporated herein by reference (the "Settlement Documents").

Accordingly, Plaintiffs and Defendants, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree to the dismissal of this action and all claims asserted in it **without prejudice**. This Court shall, as contemplated and expressly permitted by *Kokkonen v.*

*Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994), and *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002), retain jurisdiction over this action and the Settlement Documents for purposes of enforcing the settlement if it becomes necessary, including, but not limited to, the entry of any agreed or amended judgment.

IT IS THUS ORDERED that this action is therefore dismissed **without prejudice** and stricken from the docket of the Court, and the Court shall retain jurisdiction as provided above.

Entered this 18 day of November, 2024

HON. ROLANDO OLVERA
U.S. DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF TEXAS

Consented to by:

| HOOPER HATHAWAY, P.C. | ATLAS, HALL & RODRIGUEZ, LLP |
|---|---|
| */s/ Oscar A. Rodriguez* | */s/ Rick Zuniga* |
| Oscar Rodriguez (P73413) | Rick Zuniga (Fed. Bar. No. 1682846/State 24084148) |
| 126 South Main Street | 818 W. Pecan Blvd. |
| Ann Arbor, MI 48104-1903 | McAllen, Texas 78501 |
| Phone: (734) 662-4426 | Phone: (956) 682-5501 |
| Email: orod@hooperhathaway.com | Fax: (956) 686-6109 |
| Dated: 11/5/2024 | Dated: 11/5/2024 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |